AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the Organization of the Petroleum Exporting Countries
was received by me on *(date)* 05/14/2012 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Frederick Luger , who is
designated by law to accept service of process on behalf of *(name of organization)* the Organization of the
Petroleum Exporting Countries on *(date)* 05/14/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/30/2012

*Server's signature*

Courtney Butcher
*Printed name and title*

269 S. Beverly Drive
Beverly Hills, CA 90212

*Server's address*

Additional information regarding attempted service, etc:
Mr. Luger accepted service of the Complaint as intake officer of OPEC on behalf of OPEC's Secretary General and OPEC at OPEC Headquarters, Helferstorferstrasse 17, A-1010, Vienna, Austria.