IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FREEDOM WATCH, INC.**

        Plaintiff,

v.

**ORGANIZATION OF PETROLEUM EXPORTING COUNTRIES,**

        Defendant.

Civil Action No. 1:12-cv-00731 (RBW)

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Dismiss for Lack of Service of Process, the Court, having considered same, and all papers and argument in connection therewith, finds as follows:

IT IS HEREBY:

**ORDERED**: that the Defendant's Motion to Dismiss for Lack of Service of Process is hereby **DENIED**.

Entered this _____ day of _____, 2012.

                                SO ORDERED,

                                _____
                                Hon. Reggie B. Walton