IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREEDOM WATCH, INC.**<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>**ORGANIZATION OF PETROLEUM EXPORTING COUNTRIES,**<br><br>　　　　　　　　Defendant. | Civil Action No. 1:12-cv-00731 (RBW) |

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff Freedom Watch appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum Opinion of this Court entered on December 28, 2012 (Docket Nos. 20, 21)(Exhibits 1, 2), which granted Defendant's Motion to Dismiss, dismissed all claims, and entered Judgment for Defendant; and all other orders and rulings adverse to Plaintiff in this case.

Dated: January 29, 2013

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Larry Klayman*
　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 334581
　　　　　　　　　　　　　　　　　　　　Freedom Watch, Inc.
　　　　　　　　　　　　　　　　　　　　2020 Pennsylvania Ave. NW, Suite 345
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　Tel: (310) 595-0800
　　　　　　　　　　　　　　　　　　　　Email: leklayman@gmail.com

1